FILED

2023 DEC 26  PM 12: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1   Plaintiff
    vem yenovkian ©®™ L.S
2   without prejudice, authorized autograph
    presenting VEM YENOVKIAN
3   c/o 341 North Montebello Boulevard
    Montebello, California [90640]
4   without prejudice, all rights reserved
    Telephone 310 497 0650
5   Email vemmiller@protonmail.com

6   Defendant
7   JP MORGAN CHASE & CO.
    P.O. Box 15298
8   Wilmington, DE 19850-5298

9   JP MORGAN CHASE & CO.
    P.O. Box 6294
10  Carol Stream, IL 60197-6294

11  JP MORGAN CHASE & CO.
12  Chase Card Services
    P.O. Box 15369, Wilmington, DE 19850-5369
13
    JP MORGAN CHASE & CO.
14  Chase Card Services
    P.O. BOX 15123 WILMINGTON, DE 19850-5123
15

16
17       **CENTRAL DISTRICT COURT OF CALIFORNIA, WESTERN DIVISION**

                                CV 23- 10760-FLA ( MAAx )
18                              Case No.: TBD
    vem yenovkian
19  Ens legis: VEM YENOVKIAN
                                COMPLAINT FOR COMPENSATORY
20                              DAMAGES
            Plaintiff,
21       v.                     COMPLAINT FOR RETURN OF
                                OVERPAYMENTS
22  JP MORGAN CHASE AND CO
                                COMPLAINTS, FRAUD,
23          Defendant           HARASSMENT, INVOLUNTARY
                                SERVITUDE, PEONAGE, ETC.
24
25                              JURY TRIAL DEMANDED
26
27          **A NOTICE TO AGENTS IS NOTICE TO PRINCIPALS,**
28          **A NOTICE TO PRINCIPALS IS NOTICE TO AGENTS**

                                    1

**COMPLAINT**

i, vem yenovkian, a living man, submit this following suit against JP MORGAN CHASE & CO. for committing a series of crimes and other damaging actions against i. i am here presenting this case for myself vem yenovkian, and VEM YENOVKIAN, Ens legis: VEM YENOVKIAN

For the avoidance of doubt, i am seeking:

- Compensatory damages
- Payment of mandatory fees.
- The return of overpayments i have made on this card throughout the 10 year history of being a cardholder.
- The reinstatement of my credit card, which was closed due to fraud.

The crimes and / or damaging actions that JP MORGAN CHASE & CO inflicted upon i, include:

- Fraud
- Harassment
- Peonage
- Involuntary servitude
- Obtaining Property by False Pretenses
- Use of Trade Name Protected Material Under Threat, Duress, and / or coercion
- Use of Street Address/Mailing location of Creditor
- Failure to Follow Federal and/or State Statutes
- Non Response or Incomplete Response
- Use of Common-law Trade-name/Trade-mark
- Breach of fiduciary duties
- Purloining a negotiable instrument / security / bill of exchange

There are multiple instances of such actions as i list above, by JP MORGAN CHASE & CO, each that has had and continues to have its own series of damages.

## FRAUD AND STATUTE OF LIMITATIONS

The basic statute of limitations on fraud begin once the victim realizes that fraud has been perpetrated upon them, and it is most recently, in the Month of November 2023, that i learned of this fraud, its legal implications, and the damages that this fraud has had and continues to have upon the life of i.

## FIRST PAYMENT AND NOTICE TO JP MORGAN CHASE & CO

1 - In Mid 2022, JP MORGAN CHASE & CO closed my Chase Visa Signature Business Plus Card without legitimate reason after i submitted payment for the entirety of the credit card balance, $38,872.03. i also sent noticed JP MORGAN CHASE & CO that i had made payment. i sent this payment on April 27, 2022, which included a warning notice.

In this notice, i warned JP MORGAN CHASE & CO:

*"Payment rejected, stopped or refused for any reason, or future bills, invoices and notices for amount due April 28, 2022 incurs mandatory fees instated, Total Sum Certain $4,155,000."*

i attach proof of that payment and notice to this case as **EXHIBIT 1** dated April 27, 2022.

i have been making payments to this credit card for over 10 years, as i have been a JP MORGAN CHASE & CO customer for over 22 years. i have always made payments to this credit card account, and despite making payment in April 2022 for the entirety of the statement total to JP

MORGAN CHASE & CO, JP MORGAN CHASE & CO closed my credit card, and refused to zero out the balance.

JP MORGAN CHASE & CO then took threatening action against i, that clearly falls into the legal definition of harassment, by sending i notice after notice saying that i owed them further payment.

Proof that JP MORGAN CHASE & CO received my payment and 1st notice is attached as **EXHIBIT 2**. JP MORGAN CHASE & CO sent two letter confirming they had received a correspondence from me. The first letter states that i should mail the letter to another address, which is a moot point because the letter states "A notice to agent is a notice to principal, a notice to principle is notice to agent."

The second letter in **EXHIBIT 2** misquotes the statement of the notice. I suggest that this reeks of further fraud, and could be classified as Willful Ignorance.

Proof that this Payment and Notice was mailed out via certified mail is attached as **EXHIBIT 3**. PLEASE NOTE: i will be adding this certified mail receipt in the very near future to an amended filing as the receipts of mailing are in a Safety Deposit Box out of state.

**EXHIBIT 4** shows the damage done to my credit due to the failure of JP MORGAN CHASE & CO to accept my payment. **EXHIBIT 4** has 3 different instances where JP MORGAN CHASE & CO damaged my credit, and prevented i from the use of this credit card due to their failure to zero out the account.

i have attached an assortment of fraudulent notices that were sent to i under **EXHIBIT 5.** These fraudulent notices kept coming after April 2022, claiming that i owed **JP MORGAN CHASE & CO** more payments, despite the fact that i had already made payment. These acts of harassment are ongoing until today.

JP MORGAN CHASE & CO continued to add interest to the credit card, despite having received payment that should have zeroed out the balance. The balance in April 2022 was $38,872.03. The current balance is $44,017.37 as of December 2023. There is no way to look at their actions other than being threatening and harassment in order to force i to do things that incorrect under the prevailing laws.

i have attached proof that the current balance on this card is $44,017.37, as **EXHIBIT 6**.

Furthermore, in **EXHIBIT 9,** i have listed all the US Codes, Laws, Statutes and Definitions that fully justify my lawful position. EXHIBIT 5 also demonstrates how JP MORGAN CHASE & CO has been forcing i to follow a process that is not the lawful process. This has been going on for over 10 years.

### SECOND PAYMENT AND NOTICE TO JP MORGAN CHASE & CO

On July 10, 2022, i sent JP MORGAN CHASE & CO a second notice again informing them that i had made payment on April 27, 2022, and that my Credit Card should be restored, and the balance zeroed out.

Furthermore, in this notice, i notified JP MORGAN CHASE & CO that they had unlawfully rejected my payment in April 2022, and thus owed i $4,155,000 for mandatory fees, as per my first notice. In the first notice, under **EXHIBIT 1**, it states:

*"Payment rejected, stopped or refused for any reason, or future bills, invoices and notices for amount due April 28, 2022 incurs mandatory fees instated, Total Sum Certain $4,155,000."*

Furthermore, as a part of this 2nd notice, i sent a True Bill in Commerce to JP MORGAN CHASE & CO, informing them of payment owed to i for:

- Interference with commerce via
    - Fraud
    - Obtaining property by False Pretenses
- Use of trade name protected material under threat, duress, and / or coercion:
    - Name written by informant
- Trespass by Corporation(s) and other fictional entities as well as all others who desire to contract
    - Use of Street Address / Mailing location of Creditor
    - Failure to follow federal and / or state Statures
    - Non Response or Incomplete Response
    - Fraud
    - Use of Common-law Trade-name/Trade-mark After One Warning.
    - Purloining a negotiable instrument / security / bill of exchange

In the itemized True Bill in Commerce, which is attached here as **EXHIBIT 7**, i notified JP MORGAN CHASE & CO that their New Invoice was $20,775,000, which are based upon continuing the same actions against i that i had already warned them about in the first notice. My first and second notice clearly stated that should JP MORGAN CHASE & CO continue to commit fraud upon i, i would bill them for 'mandatory fees'.

Despite payment having been made in April 2022, and notice having been sent in April 2022 that refusal of payment would include 'mandatory fees', and further notice having been sent in July 2022, JP MORGAN CHASE & CO has yet to reinstate my credit card, zero out the balance, and submit the 'mandatory fees' they have incurred, $20,775,000.

1   Proof that this 2nd Notice was mailed out via certified mail is attached as **EXHIBIT 8**. PLEASE

2   NOTE: i will be adding this certified mail receipt in the very near future to an amended filing as

3   the receipts of mailing are in a Safety Deposit Box out of state.

4

5                                          **RESOLUTION**

6

7   1 - i demand that my Chase Visa Signature Business Plus card be restored immediately, and the

8   balance zeroed out. The credit line on that card was $44,000, and i demand that credit line be

9   immediately restored.

10

11  The Card number is 4246 3153 2311 9386, expiration 12-23, security code 865. i realize the card

12  will be expired by the time this case arrives in court. It is clear that i have been a Chase customer

13  for over 23 years, and new cards were always sent every 2-3 years, with at least 3 years on the

14  expiration code. It is the expectation of i that JP MORGAN CHASE & CO will following this

15  same approach which has a 23 year precedent.

16  2 - i demand that JP MORGAN CHASE & CO send i immediate payment for the $20,775,000 in

17  mandatory fees they became subject to when ignoring both notices i had sent, the first in April

18  2022, the second in July 2022.

19

20  My bank account details are:

21  Vem Yenovkian

22  Chase Manhattan Bank

23  Account number 108668283

24  Routing number 322271627

25  Home Address: 341 North Montebello Blvd, Montebello, CA 90640

26

27

28

3 - As **EXHIBIT 7** clearly demonstrates, JP MORGAN CHASE & CO has been using harassment and fraud to force i into a process that is not reflected by law. They have ignored that i provided full performance on our agreement according to the tenants of law. i demand that in order to prevent further crimes, misdemeanors, and mischief on the part of JP MORGAN CHASE & CO, automatic payment be set up on a monthly basis that allows for the account to be zeroed out at the end of every billing cycle via a suitable endorsement that i submit to JP MORGAN CHASE & CO.

All contact law has to have equal consideration, and for this i would like to propose the following. Whenever a security is manufactured, it collects interest over the course of the billing cycle. Also, the more i spent, the more the bank gets paid.

i would like to offer JP MORGAN CHASE & CO the interest of the securities that i have manufactured over the course of the billing cycle. They are free to keep that interest, as long as at the end of every billing cycle, my account is automatically zeroed out (paid off in full) based upon an automatic endorsement, which i will provide.

4 - For the last 10 plus years, i have been making overpayments to JP MORGAN CHASE & CO on this Chase Visa Signature Business Plus credit card. These overpayments are defined by law in **EXHIBIT 9**. Furthermore, i have ordered the last 10 years of credit card statements from JP MORGAN CHASE & CO, in order to quantify how much overpayments i have made in this 10+ years of being subject to Fraud and the other listed crimes. Im sure this is something that JP MORGAN CHASE & CO can do with the click of a button. In the very near future, i will be submitting an amended case filing with **EXHIBIT 10** that quantifies all the overpayments i have made, and that quantification will be included in my demand for the return of overpayments. Since these overpayments were made due to fraud, they must be refunded immediately.

5 - it is impossible for i to quantify the emotional damages and damages upon my life that this fraud has caused. i would like to inform this court that in the very near future, i am consulting

with an expert on this topic, and in a future amended court filing, i may include further damages based upon the information attained from this subject matter expert.

As stated above, **EXHIBIT 9** contains all the US Codes, Laws, Statutes, Definitions and Explanations that fully support my positions and demands.

### THE HONORABLE JUDGE AND THE POWERS OF MAGISTRATE

i will preface the following by stating that i am presenting myself in this case, and presenting for VEM YENOVKIAN. i believe the laws are clear on this matter, that they negate the need for a lengthy trial with depositions and subpoenas, as its very clear that JP MORGAN CHASE & CO did not follow the law, and are 100% in the wrong on this matter.

Therefore, i believe this gives the Judge the powers of a Magistrate, to render a decision based upon the facts and evidence at hand without the waste of taxpayer resources that will result in a lengthy trial. Of course, i leave this up to the discretion of the Honorable Judge.

Thank you.

Signed

Vem Yenovkian

_____

My bank account details are:

Vem Yenovkian

Chase Manhattan Bank

Account number 108668283

9

1    Routing number 322271627

2

3    Home Address: 341 North Montebello Blvd, Montebello, CA 90640

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF VEM YENOVKIAN COMPLAINT V. JP MORGAN CHASE AND CO

# EXHIBIT 1

V 4

Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.

JPMorgan Chase & Co.                                                         4/27/22
270 Park Avenue,
New York, NY.

Attention JPMorgan Chase Bank, N.A. (JPMCB) and affiliated companies under the common control, hereinafter Chase,

(1. Certificate of Payment as full satisfaction of a debt of Thirty Eight Thousand Eight Hundred Seventy Two and 03/100 Dollars| $38,872.03. for April 28, 2022, is hereby sent to, delivered and obtained by principal Chase at the designated payment location PO BOX 6294 CAROL STREAM IL 60197-6294;

(2. Permission is hereby given to the HOLDER and/or HOLDER IN DUE COURSE of this Promissory Note signed in blue ink without prejudice, to use this NOTE in any way necessary for collecting payment as a negotiable Instrument to be financially traded on, whereas such trade will terminate the obligation herein;

(3. Fair Warning is given to Chase, payment may not be rejected, stopped or refused for any reason without discharge of the obligation to the extent of the amount of the tender pursuant to CA Com Code § 3603 Tender of payment (810 ILCS 5/3-603) (from Ch. 26, par. 3-603) Sec. 3-603. Tender of payment said tender and discharge being 100% as full satisfaction;

(4. Notice of Intent-Fee Schedule:
Payment rejected, stopped or refused for any reason, or future bills, invoices and notices for amount due April 28, 2022 incurs mandatory fees instated, Total Sum Certain $4,155,000. Fees due upon receipt of True Bill must be paid before any business can commence. If said fees are not met, it is the right of Vem Miller Yenovkian ©®™ LS to refuse or void any form of business interaction and/or transaction. This fee schedule does not contain all fees or interest that may be charged. The actual fee charged may be different. Fees are subject to change at any time without prior notice. Fee Waiver may be requested at the name and address given below and authorized at the sole discretion Vem Miller Yenovkian ©®™ LS. Requests for Fee Waiver or future bills and notices for amount due $38,872.03, and any and all communication sent to other than designated name and address below may be discarded and/or automatically denied, reported as mail fraud and met with legal action;

(5. The option to acknowledge accord and satisfaction with CANCELLATION AND SATISFACTION, furnished for your convenience, which hereby cancels and acknowledges satisfaction of that certain credit card Account 4246 3153 2311 9386 does hereby release, acquit and forever discharge any and all claims demands damages actions causes of action or suits of any kind or nature whatsoever both known or unknown which they may now or hereafter have on account of, or in any way arising out or being connected with said credit card Account ending in 9386 pursuant to CA Com Code § 3604 § (810 ILCS 5/3-604) (from Ch. 26, par. 3-604) § 3-604. Discharge by cancellation or renunciation.

1

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

(6. "And even where tender is necessary it is sufficient for the debtor to show that he has made as ample a tender as was possible under the circumstances." White v. Mann, 26 Me. 361 page 746. The American Law Register (1852-1891), Dec., 1878, Vol. 26, No. 12, New Series Volume 17 (Dec., 1878), pp. 745-758.

By: _____ ©®™ L.S.

Vem Miller Yenovkian ©®™ LS
c/o 341 North Montebello Boulevard
Montebello, California [90640]
without prejudice, all rights reserved

2

Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.

Certificate of Payment

**LEGAL TENDER**

is anything recognized by law as a means to settle a public or private debt
or meet a financial obligation, including tax payments, contracts, and legal fines or damages..

Creditor is legally obligated to accept toward repayment of a debt
occurred and incurred

**PROMISSORY NOTE**

VMYPN042722

Ready willing and able, I unconditionally offer a payment tendered as full satisfaction in good faith and best effort, to the person authorized to enforce the instrument for credit card Account ending in 9386, of $100.00 on the 28th of each month at PO BOX 6294 CAROL STREAM IL 60197-6294 for the $38,872.03 obligation for the person VEM YENOVKIAN, ens legis Vem Yenovkian and Vem Miller Yenovkian©®™ together with all derivatives, permutations, spellings and punctuations and orderings of these names.

Debt Instrument- Credit Instrument Financial Instrument
Certificate of Payment Instrument in Lieu of Currency.

Private Banker
31 U.S.C. .
Banknote As Negotiable Promissory Note
Reg D Security

4/27/2022                    By: _____        ©®™ Vem Miller Yenovkian ©®™ L.S

without prejudice, authorized autograph
c/o 341 North Montebello Boulevard
Montebello, California [90640]
without prejudice, all rights reserved

original signed in wet blue ink

CANCELLATION AND SATISFACTION

3

# EXHIBIT 2

Cardmember Service
Post Office Box 15153
Wilmington, DE 19850-5153



July 14, 2022

VEM YENOVKIAN
341 N MONTEBELLO BLVD
MONTEBELLO CA 90640-422141

RE: Your account ending in 9386

Dear Vem Yenovkian:

Thank you for your recent inquiry regarding your credit card account.

All inquiries related to Conditional Payments are to be sent to PO Box 15049, Wilmington, DE 19850-5149. Please refer to the section on the back of your billing statement entitled Conditional Payments for additional information.

If you have new concerns regarding your account, or if you would like general payment or balance information, please contact Cardmember Services at the number printed on the back of your credit card.

Sincerely,

Card Services

CUST8650                          2979172698_1                          1501223831







**1 of 1**     IVICES
19886-5548

Questions?
1-888-242-7320
We accept operator relay calls

VEM YENOVKIAN
341 N MONTEBELLO BLVD
MONTEBELLO CA 90640

May 19, 2022

## Update:   We mailed the statements you requested

Your account ending in 9386

Dear Vem Yenovkian:

Thank you for telling us you didn't recognize this credit card account and for asking us to confirm it.

We mailed the last three billing statements to you separately. They will show any charges and payments that posted.

For specific documents, please call us at 1-888-242-7320. We would be happy to provide copies of what we have available. We're here Monday through Friday from 8 a.m. to 5 p.m. Eastern Time.

Sincerely,

Customer Support Team

17

# EXHIBIT 3

18

PROOF OF CERTIFIED MAIL DELIVERY OF PAYMENT AND NOTICE 1 on APRIL 27, 2022 COMING SOON IN AN AMENDED FILING OF THIS CASE

# EXHIBIT 4



07/08/2022          DerogatoryTrade          ✕

**Alert Type:**Late Payment

**Account Number:**

**Creditor Name:**JPMCB CARD SERVICES

**Industry Type:**Bank Credit Cards

**Address:** PO BOX 15369
WILMINGTON . DE 19850

**Phone:**

**Amount Delinquent:**$892.00

**Account Balance:**

**Payment Status:**Late 30 Days

**Creditor Preferred Contact:**Other

**Consumer Statement:**Dispute resolved; customer disagrees

21



TransUnion **ACTIVE**

Enhanced Monitoring **ACTIVE**

| DATE | REPORTED ACTIVITY | BUREAU |
|------|-------------------|--------|
| 7/8/2022 | Updated Account | TransUnion |

07/08/2022         Updated Account                    ✕

The balance on one of your accounts has exceded the current credit limit.

**Date Over Limit:** 07/06/2022

**Account Balance:** $40,664.00

**Credit Limit:** $39,000.00

**Creditor Name:** JPMCB CARD

| 6/7/2022 | Updated Account | Experian |
| 6/1/2022 | Inquiry | Experian |

22

Enhanced Monitoring **ACTIVE**

×

06/20/2022                                 Updated Account

The balance on one of your accounts has exceded the current credit limit

**Date Over Limit:** 06/06/2022

**Account Balance:** $40,069.00

**Credit Limit:** $39,000.00

**Creditor Name:** JPMCB CARD

23

# EXHIBIT 5

24

**Chase** <Chase@e.chase.com>    Unsubscribe                    Mon, Mar 13, 4:43 PM    ☆    ↩    ⋮
to me ▾

Your account needs your attention.
View in browser | Email Security Information

For your account ending in 3532



# We want to work with you to get your account up to date



Your account is now five payments behind and your next payment is due soon.

Here are two options to consider:

**OPTION 1**

## Pay the minimum payment as shown on your statement

Paying **$1453.00**, as shown on your statement, by **Mar 14, 2023** will help you:

- Bring your account up to date and avoid another late fee



to me ▾

We have something that needs your attention.
View in browser | Email Security Information

For your account ending in 3532

## CHASE

# Your account is scheduled to charge off on Apr 30, 2023



A charge-off account status can appear on a credit report for up to seven years. If your account is charged off, you'll still be responsible for paying back the full balance and we may send your account to a third-party collections agency.

Here are two options:

**OPTION 1**

## Prevent charge-off

Paying at least **$189.00** by **Apr 30, 2023** will help you:

- Prevent your account from being charged off on the date above



**Bill for Chase Bank**
Total: $44,024.44, due Dec 28



| | | | |
|---|---|---|---|
| Total amount due | Minimum due | | Issuer |
| $44,024.44 | $8,371.00 | | Chase Bank |

Due date
Dec 28, 2022

View bill

---

**Chase** <no.reply.alerts@chase.com>    Sun, Dec 18, 2022, 8:53 AM    ☆    ☺    ↩    ⋮
to me ▾

**CHASE** ○


Payment due

 **Your credit card payment is due on Dec 28, 2022**

Please review and complete your payment.

| Account | **Chase Ink Plus (...9386)** |
|---|---|
| Due date | **Dec 28, 2022** |
| Minimum payment due | **$8,371.00** |
| Statement balance as of Dec 18, 2022 | **$44,024.44** |



**Chase** ✓ ‹no.reply.alerts@chase.com›     Wed, May 18, 2022, 9:39 AM     ☆  ☺  ↩  ⋮
to me ▾



# CHASE ◆

**Payment due**

# Your credit card payment is due on May 28, 2022

Please review and complete your payment.

| Account | **Chase Ink Plus (...9386)** |
|---|---|
| Due date | **May 28, 2022** |
| Minimum payment due | **$892.00** |
| Statement balance as of May 18, 2022 | **$39,395.25** |

The minimum payment amount above does not include payments, adjustments, or activity since your last statement was generated.

[ Make a payment ]     [ Set up auto-pay ]



**Bill for Chase Bank**
Total: $40,664.34, due Jul 28

Total amount due
$40.664.34

Minimum due
$2,872.00

Issuer
Chase Bank

Due date
Jul 28, 2022

View bill

---

**Chase** ✔ <no.reply.alerts@chase.com>    Mon, Jul 18, 2022, 9:04 AM    ☆    ☺    ↩    ⋮
to me ▾

## CHASE ◉

 **Payment due**

 # Your credit card payment is due on Jul 28, 2022

Please review and complete your payment.

| Account | **Chase Ink Plus (...9386)** |
|---|---|
| Due date | **Jul 28, 2022** |
| Minimum payment due | **$2,872.00** |
| Statement balance as of Jul 18, 2022 | **$40,664.34** |

Your Chase Ink Plus payment is due on Nov 28, 2022

**Bill for Chase Bank**
Total: $43,342.78, due Nov 28

| Total amount due | Minimum due | Issuer |
|---|---|---|
| $43,342.78 | $7,250.00 | Chase Bank |

Due date
Nov 28, 2022

View bill

Chase ✓ <no.reply.alerts@chase.com>
to me ▾

Fri, Nov 18, 2022, 10:20 AM ☆ ☺ ↩ ⋮



CHASE ◐

**Payment due**

# Your credit card payment is due on Nov 28, 2022

Please review and complete your payment.

| Account | Chase Ink Plus (...9386) |
|---|---|
| Due date | Nov 28, 2022 |
| Minimum payment due | $7,250.00 |



**Bill for Chase Bank**
Total: $42,645.26, due Oct 28



| | Total amount due | Minimum due | | Issuer |
|---|---|---|---|---|
| | $42,645.26 | $6,111.00 | | Chase Bank |

| | Due date | | | |
|---|---|---|---|---|
| | Oct 28, 2022 | | | |

View bill

---

**Chase** ✓ <no.reply.alerts@chase.com>    Tue, Oct 18, 2022, 8:11AM    ☆  ☺  ↩  ⋮
to me ▾



### CHASE ◻

**Payment due**

  # Your credit card payment is due on Oct 28, 2022

Please review and complete your payment.

| Account | **Chase Ink Plus (...9386)** |
|---|---|
| Due date | **Oct 28, 2022** |
| Minimum payment due | **$6,111.00** |
| Statement balance as of Oct 18, 2022 | **$42,645.26** |



United Collection Bureau, Inc.
5620 Southwyck Blvd
Toledo OH 43614
1-833-512-0703
www.payment.ucbinc.com

To:  VEM YENOVKIAN
341 N Montebello Blvd
Montebello CA 90640-4221

January 5, 2023

**UCB Reference Number:** 82376847

**United Collection Bureau, Inc. is a debt collector.** We are trying to collect a debt that you owe to JPMorgan Chase Bank, N.A. We will use any information you give us to help collect the debt.

| Our information shows: | | |
|---|---|---|
| You had a credit card from JPMorgan Chase Bank, N.A. with account number ending in 9386 | | |
| As of 12-30-22, you owed: | | $44017.37 |
| Between 12-30-22 and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| **Total amount of the debt now:** | | **$44017.37** |

**How can you dispute the debt?**

■ **Call or write to us by 02-14-23 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

■ **If you write to us by 02-14-23,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.requests.ucbinc.com.

**What else can you do?**

■ **Write to ask for the name and address of the original creditor,** if different from the current creditor. If you write by 02-14-23, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.requests.ucbinc.com.

■ **Go to** www.cfpb.gov/debt-collection **to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

■ Contact us about your payment options.

*Notice: See reverse side for important information.*

**How do you want to respond?**
*Check all that apply.*

Mail this form to
PO BOX 1448
MAUMEE OH 43537

ADDRESS SERVICE REQUESTED

1-833-512-0703

VEM YENOVKIAN
341 N Montebello Blvd
Montebello CA 90640-4221

☐ **I want to dispute the debt because I think:**

☐ This is not my debt.
☐ The amount is wrong.
☐ Other (please describe or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:** $ _____

Make your check payable to United Collection Bureau, Inc. Include the reference number 82376847.



## CHASE 

# Soon, we may have to charge off your account

Your account is now several months past due. We'd still like to help, but if you don't take action, we may charge off your account. A charge-off account status can appear on a credit report for up to seven years. You'll still be responsible for paying back the full balance, and we may send your account to a third-party collections agency.

Here are two options to consider:

OPTION 1

**Prevent charge-off**

Paying at least **$892.00** by **Dec 30, 2022** will help you:

- Prevent your account from being charged off on the date above
- Keep your account from becoming seven payments past due



**CHASE ○**

CARDMEMBER SERVICES
P.O. BOX 15548
WILMINGTON, DE 19886-5548

📞 1-866-609-3018
Monday - Friday, 8 a.m. - 9 p.m.
and Saturday, 8 a.m. - 5 p.m. EST
We accept operator relay calls

 երդվարիկերգերգերգերգերգերգերգերգերգ

84288-RDT 008 901 28122 NNNNNNNNNNNN 0ZC064
**VEM YENOVKIAN**
341 N MONTEBELLO BLVD
MONTEBELLO CA 90640

July 19, 2022

## Action Needed:     Make a payment or call us for help

Your account ending in 9386

Dear Vem Yenovkian:

Your business credit card account is past due, and we may close your card. As the Authorizing Officer responsible for the account, please make sure we receive a payment or call us right away.

**Not paying has serious consequences**
We encourage you to pay or call us today because:
- Your annual percentage rate may increase because of late or missed payments, and
- We may permanently close your card if the account is not brought up to date.

**We may have a payment option for you**
Depending on your circumstances, you may qualify for:
- A reduced interest rate,
- Lower minimum payments,
- Waived late fees, or
- Settlement for less than the balance due.

We look forward to hearing from you.

Sincerely,

Customer Support Team

**Active-duty and recently discharged Servicemembers:** Your rights under state or federal law, including the Servicemembers Civil Relief Act (SCRA), will guide what happens with your account. To learn more, please call us at 1-877-469-0110. If you're calling from outside the United States, please call us collect at 1-318-340-3308.



Please see the step you should take.
View in browser | Email Security Information

For your account ending in 9386



# Your account is past due



We haven't received your payment and your account is past due.

Paying the minimum payment of **$2872.00**, as shown on your statement, by **AUG 05, 2022** will help you:

- Bring your account up to date
- Avoid continued collections activity
- Keep your account from becoming **three payments past due**

Make a payment



**Chase**

Please review this information
View in browser | Email Security Information

**CHASE** ○

# Your credit card payment is past due

Please make a payment right away

**Make a payment**

This email is for the business card account below.

Dear Vern Yenovkian,

We want you to know that your credit card account ending in 9386 is at least 16 days past due as of 07/26/22. We value your business and want to work with you.

If you have already sent in your payment, please accept our thanks and disregard this notice.

**What you can do**
You can bring your account up to date by paying $2872.00 by 07/28/22. This includes the past-due amount and the current minimum payment due.

By making the above payment, you may be able to:

• Prevent additional late fees

• Avoid possible interruption to your future spending privilege (based on available credit)

**We're here to help**
If you have questions, please call us at 1-866-965-4560 or the number on the back of your card. We are here Monday through Friday from 8 a.m. to midnight and Saturday 8 a.m. to 5 p.m. Eastern Time.

**3 easy ways**
to make your payment

🖥 **Online:** Click here

📱 **Phone:**
Call: 1-866-965-4560 or the number on the back of your card

Spanish: 1-866-890-0055

We accept operator relay calls

✉ **Mail your check:**
**Overnight:**
Chase Card Services
201 N. Walnut St.
Mail Code DE1-0153
Wilmington, DE 19801

**Standard:**
Chase Card Services
PO Box 6294
Carol Stream, IL 60197-6294

**Make a payment**

**Active-duty and recently discharged Servicemembers:** Your rights under state or federal law, including the Servicemembers Civil Relief Act (SCRA), will guide what happens with your account. To learn more, please call us at 1-866-666-4494. If you're calling from outside the United States, please call us collect at 1-302-594-8200





An important date is approaching.
View in browser | Email Security Information

For your account ending in 9386

CHASE 🔵

# It will just take a minute to make your payment



We haven't received your payment and your account is past due.

Paying the minimum payment of **$1871.00,** as shown on your statement, by **JUL 06, 2022** will help you:

- Bring your account up to date
- Avoid continued collections activity
- Keep your account from becoming two payments past due

Make a payment

This is an attempt to collect a debt and any information obtained will be used



**CHASE** ○

# Your credit card payment is past due

Please make a payment right away

**Make a payment**

This email is for the business card account below.

Dear Vem Yenovkian.

We want you to know that your credit card account ending in 9386 is at least 16 days past due as of 06/28/22. We value your business and want to work with you.

If you have already sent in your payment, please accept our thanks and disregard this notice.

### What you can do
You can bring your account up to date by paying $1871.00 by 06/28/22. This includes the past-due amount and the current minimum payment due.

By making the above payment, you may be able to:

- Prevent additional late fees

- Avoid possible interruption to your future spending privilege (based on available credit)

### We're here to help
If you have questions, please call us at 1-866-965-4560 or the number on the back of your card  We are here Monday through Friday from 8 a.m. to midnight and Saturday 8 a.m. to 5 p.m. Eastern Time.

**Make a payment**

### 3 easy ways
to make your payment

▢ **Online:** Click here

▢ **Phone:**
Call: 1-866-965-4560 or the number on the back of your card

Spanish: 1-866-890-0056

We accept operator relay calls

✉ **Mail your check:**
**Overnight:**
Chase Card Services
201 N. Walnut St.
Mail Code DE1-0153
Wilmington, DE 19801

**Standard:**
Chase Card Services
PO Box 6294
Carol Stream, IL 60197-6294



# EXHIBIT 6

39



40

# EXHIBIT 7

41

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

JPMorgan Chase & Co.                                                          7/10/22
270 Park Avenue,
New York, NY 10017

1. Attention JPMorgan Chase Bank, N.A. (JPMCB), agents and affiliated companies under the common control, hereinafter Chase, relating to a certain credit card Account ending in 9386

2. Tender of Payment as full satisfaction of a debt of Thirty Eight Thousand Eight Hundred Seventy Two and 03/100 Dollars $38,872.03 for April 28, 2022, was delivered to and obtained by Chase at the designated payment location PO BOX 6294 CAROL STREAM IL 60197-6294;

Fair Warning was given that tender of payment made may not be rejected, stopped or refused for any reason without discharge of the obligation to the extent of the amount of the tender pursuant to CA Com Code § 3603 Tender of payment & (810 ILCS 5/3-603) (from Ch. 26, par. 3-603)  Sec. 3-603. Tender of payment. Said tender and discharge is 100% as full satisfaction;

Further, Fair Warning was given that any future bills, invoices and notices incur mandatory fees, Fees due upon receipt of True Bill must be paid before any business can commence. Payments may be made or Fee Waivers may be requested at the name and address given below and authorized at the sole discretion Vem Miller Yenovkian ©®™ LS. Any and all communication sent to other than designated name and address provided will incur additional fees and may be discarded and/or automatically denied, reported as mail fraud and met with legal action.

**Late Payment Warning:** Records indicate Chase payment is more than 30 days overdue. Please forward payment immediately. Information about extortion to collect a discharged obligation may be reported. Information collected about Chase extortion, late payments and other defaults will be used in any legal action. IMPORTANT. Delinquent payments and negative credit reports by Chase on a discharged obligation will result in additional higher fees. If payment is not received 1 day after invoice is received, Chase will incur a late fee.

By: _____  ©®™ L.S.
            Vem Miller Yenovkian ©®™ LS
            c/o 341 North Montebello Boulevard
            Montebello, California [90640]
            without prejudice, all rights reserved

1

42

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

BILLING INFORMATION:

All violators, principals, agents, actors under color of law, and actions under color of authority claimed by any corporations, associations, or subcontractors, agencies, principal or agents of any kind or like violating State statutes or attempting to trespass and/or unlawfully obtain property of Vem Miller Yenovkian ©®™ LS at any time past, present, or future shall be liable severally, and jointly in the normal commercial sense and as such is a severity representing accounts receivable and is a notice of lien upon the real and movable property, malpractice insurance and performance bonds of any such violators. Principal and agent, not limited to Chase and all and any other fictitious variations are also hereby provided with notice, they have no permission to approach or address these private vessels unless consent is given, else a fee instated is due immediately.

Failure to approach in the safe manner instructed in the conditions of entry is trespass and any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties. Otherwise, do not trespass. To submit payment or to request waivers of the fee please send all correspondence to the *Remit To* name and address as provided.

This Fee Schedule is a schedule of mandatory fees instated by the Creditor Vem Miller Yenovkian ©®™ LS Authorized Representative on behalf of VEM YENOVKIAN, legal entity Vem Yenovkian, together with all derivative names, and all other variations however styled, punctuated, spelled, ordered, or otherwise represented. Fees set forth are hereby instated in any business dealing with VEM YENOVKIAN together with all derivative names, or otherwise represented for any business conducted relevant to this schedule. Fees are due and must be paid before said business can commence. If said fees are not met, it is the right of the Creditor to refuse or void any form of business interaction and/or transaction. This fee schedule does not contain all fees or interest that may be charged.

The actual fee charged may be different. Fees are subject to change at any time without prior notice. Creditor is the only Authorized Representatives to alter, void, and/or enforce said fees and may do so at any time. Payment is due and is late with a Penalty added after 1 day. All claims are stated in U.S. Dollars defined for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the U.S. Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (U.S. Silver Dollar) at the time of the first day as set forth herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will be assessed at Par Value as indicated. All Payments, Requests for Fee waiver, notices must be sent to the special, private, and confidential designated name and location exactly as provided, Vem Miller Yenovkian ©®™ LS c/o 341 North Montebello Boulevard  Montebello, California [90640]. If sent to any other name or address, it may not be processed, may be returned unopened and/or reported as fraudulent, subjecting the sender to fine and/or imprisonment in accordance with Federal United States Code.



Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.

True Bill in Commerce:
Due on receipt. Late after 1 day.

Date Isssued 7/10/22                                      Account No.042922

Bill To:                                     Remit To:
JPMorgan Chase & Co          Vem Miller Yenovkian ©®™ LS
270 Park Avenue                    c/o 341 North Montebello Boulevard
New York, NY 10017                Montebello, California [90640]

Public Easements Schedule
Penalty for Public Use                                             $     250,000

Interference with Commerce
i.      Fraud                                                            $  1,000,000
p      Obtaining Property by False Pretenses           $  1,000,000

Use of trade name protected material under threat, duress, and/ or coercion
a.      Name written by the informant                        $     250,000

Trespass by Corporation(s)and other fictional entities as well as all others who desire to contract:
i.      Use of Street Address/Mailing location of Creditor       $        5,000
m.    Failure to Follow Federal and/or State Statutes            $      50,000
r.      Non Response or Incomplete Response                    $    100,000
s.      Fraud                                                            $  1,000,000
y.      Use of Common-law Trade-name/Trade-mark
        After One Warning (per each occurrence)                   $      50,000

Services to others and/or Corporation(s):
a. Preparing Documents under threat, duress, and/ or coercion- 3hrs@$75,000/hr     $    225,000
b. Providing Information  under threat, duress, and/ or coercion- 3hrs@$75,000/hr     $    225,000
                                        =======================

=======================

                                        Balance 6/21/22      $   8,410,000
                        7/1/22 unauthorized communication     $   4,155,000
                        7/4/22 unauthorized communication     $   4,155,000
                        7/4/22 unauthorized communication     $   4,155,000
                        7/4/22 unauthorized communication     $   4,155,000
                        7/5/22 unauthorized communication     $   4,155,000
                                        New Balance      $ 20,775,000

Vem Miller Yenovkian ©®™ LS
c/o 341 North Montebello Boulevard
Montebello, California [90640]

3



# EXHIBIT 8

PROOF OF CERTIFIED MAIL DELIVERY OF PAYMENT AND NOTICE 1 on July 10, 2022
COMING SOON IN AN AMENDED FILING OF THIS CASE

46

# EXHIBIT 9

## EXPLANATION OF LAWS

The following section explains the laws that justify my lawful position. There are a number of laws and history behind this matter. I have broken down the process step by step, including all US Codes and Statutes pertaining to this matter, and all legal Definitions.

## IN SUMMARY

As you will read below, the entire process that JP MORGAN CHASE & CO tried to force upon me has non basis in law. I followed the lawful process completely, yet they ignored my payments and took adverse actions to force me into an unlawful process, via figurative gunpoint.

## A FEDERAL RESERVE "NOTE"

To understand what a federal reserve note is, we need to look at the definitions within the Bill of Exchange Act of 1882.

The Bill of Exchange Act of 1882:

***Interpretation of terms.***
*In this Act, unless the context otherwise requires, —*

- *"Acceptance" means an acceptance completed by delivery or notification.*
- *"Action" includes counter claim and set off.*
- *"Banker" includes a body of persons whether incorporated or not who carry on the business of banking.*
- *"Bankrupt" includes any person whose estate is vested in a trustee or assignee under the law for the time being in force relating to bankruptcy.*
- *"Bearer" means the person in possession of a bill or note which is payable to bearer.*
- ***"Bill" means bill of exchange, and "note" means promissory note.***
- *"Delivery" means transfer of possession, actual or constructive, from one person to another.*
- *"Holder" means the payee or indorsee of a bill or note who is in possession of it, or the bearer thereof.*
- *"Indorsement" means an indorsement completed by delivery.*
- *"Issue" means the first delivery of a bill or note, complete in form to a person who takes it as a holder.*
- *"Person" includes a body of persons whether incorporated or not.*



*[F1"postal operator" has the meaning given by [F2section 27 of the Postal Services Act 2011].]*

- *"Value" means valuable consideration.*
- *"Written" includes printed, and "writing" includes print.*

As stated above, "Bill" means "bill of exchange", and "note" means "promissory note." Therefore, an instrument with the word note on it means promissory note, and therefore, a Federal Reserve Note is a promissory note.

## WHAT IS A PROMISSORY NOTE?

There's a body of law called the Uniform Commercial Code. Article of the Uniform Commercial Code (UCC) talks about the definition of a promissory note.

### § 3-104. NEGOTIABLE INSTRUMENT.

*(a) Except as provided in subsections (c) and (d), "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:*

> *(a) Except as provided in subsections (c) and (d), "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:*

*(1) is payable to bearer or to order at the time it is issued or first comes into possession of a holder;*

*(2) is payable on demand or at a definite time; and*

*(3) does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain (i) an undertaking or power to give, maintain, or protect collateral to secure payment, (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor.*

*(b) "Instrument" means a negotiable instrument.*



*(c) An order that meets all of the requirements of subsection (a), except paragraph (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check.*

*(d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this Article.*

*(e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either.*

*(f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order."*

*(g) "Cashier's check" means a draft with respect to which the drawer and drawee are the same bank or branches of the same bank.*

*(h) "Teller's check" means a draft drawn by a bank (i) on another bank, or (ii) payable at or through a bank.*

*(i) "Traveler's check" means an instrument that (i) is payable on demand, (ii) is drawn on or payable at or through a bank, (iii) is designated by the term "traveler's check" or by a substantially similar term, and (iv) requires, as a condition to payment, a countersignature by a person whose specimen signature appears on the instrument.*

*(j) "Certificate of deposit" means an instrument containing an acknowledgment by a bank that a sum of money has been received by the bank and a promise by the bank to repay the sum of money. A certificate of deposit is a note of the bank.*

As stated above, the definition of Promissory Note, according to UCC Article 3, is:

50

- It must be signed by the maker or drawer.
- It must contain an unconditional promise (promissory notes) or order (checks) to pay a sum without any other promise, order, obligation, or power given by the maker or drawer except as authorized by UCC Article 3.

According to these lawful definitions, a check is not a rectangular piece of paper. It's simply an order to move funds or to pay funds.

A proper description would be that A promissory Note is for the credit side, when an unconditional promise is made.

A check is the debit side, and when you use your ecard, you credit card, you are creating a promissory note.

For the avoidance of doubt, a promissory note is also a security once it is created. This is further defined in the laws below.

> Security definition, Blacks Law Dictionary 10 Edition
> *A security is "[a]n instrument that evidences the holder's ownership rights in a firm (e.g., a stock), the holder's creditor relationship with a firm or government (e.g., a bond), or the holder's other rights (e.g., an option)." Black's Law Dictionary, 10th ed.*
>
> *Public Securities, Blacks Law Dictionary, 4th edition*
> *Bonds, notes, certificates of indebtedness, and other negotiable or transferable instruments evidencing the public debt of a state or government.*
>
> *The term "security" is defined broadly to include a wide array of investments, such as stocks, bonds, notes, debentures, limited partnership interests, oil and gas interests, and investment contracts.*

Therefore, whenever you use your credit card, you're doing a promissory note transaction, promising to make a payment sometime in the future, which is also the creation of a security, which is also defined as the creation of a Negotiable Instrument, which is also a promissory note.

> *§ 3-104. NEGOTIABLE INSTRUMENT states that a "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise order…*

If you look on your check, there is a signature line, which is also an endorsement line. An Endorsement is:

**EXHIBIT 9**

*Endorsement (Blacks law Dictionary 4th Edition Definition) - instructions or approval to* release or exchange the instrument

If you're the holder, you're in control of the instrument and your signature is the release of that instrument.

On a check, you can write "Pay to the order of Bearer", and that check then transforms into cash. Anyone can take and use that negotiable instrument that you manufactured. By endorsing it with "Pay to the order of Bearer", you have created currency.

<h2 style="text-align:center">TENDER</h2>

Tender is also an important terminology in the use of negotiable interments.

*Blacks Law 4th Edition defines Tender as:*
1. The offer of performance, not performance itself, and, when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for breach of contract.
2. An offer of money; the act by which one produces and offers to a person holding a claim or demand against him the amount of money which he considers and admits to be due, in satisfaction of such claim or demand, without any stipulation or condition.

As Blacks Law Dictionary states, Tender is "The offer of performance, not performance itself."

Therefore, by these legal definitions, JP MORGAN CHASE & CO, by "unjustifiably refusing" the "offer of performance" of i, was in "default" and thereby now permits the "party making tender to exercise remedies for breach of contract."

Most people believe when they hear the word default, that it explicitly encompasses when you fail to pay a bill. But that is not true according to these legal definitions. Default also refers to the other party when they fail to accept this payment which was tendered, which is legal payment.

Therefore, JP MORGAN CHASE & CO is in default on multiple levels.

1 - They did not accept my payment.

2 - They closed off my credit card account.

3 - They did not submit mandatory fees they owe i, despite being noticed twice.

4 - They used crimes like harassment and purloining to force me into an unlawful process, which goes against their legal obligation.

52

5 - Until today, JP MORGAN CHASE & CO is in default, because my credit card account is still closed off, despite i having made payment for the entirety of the credit card invoice.

Additionally, the word tender comes before acceptance. To tender means offer without condition, and then they are supposed to accept this unconditional offer, which did not occur. The regulations of the Federal Reserve further elaborate on this topic, which you can find below.

## WHAT IS PAYMENT?

Most people think payment means that you send in Federal Reserve notes, which has absolutely nothing to do with the word payment.

> Black's Law 4th Edition states that the definition of payment is "The fulfillment of a promise or the performance of an agreement."

The agreement that you have with your mortgage and your credit card company, and nearly everything else, is all based off of a bill of exchange, because if you look at the Bill of Exchange Act, "Bill" means "Bill of Exchange," and "Note" means "Promissory Note."

So what the credit card company is doing is they're sending you a bill of exchange at the end of the month. The job of i is to perform the banking requirements of the bill of exchange, as per the Bill of Exchange Act, which has absolutely nothing to do with sending in Federal Reserve notes.

By these legal definition, the entire process and actions of JP MORGAN CHASE & CO is a complete and utter fraud.

Making payment with federal reserve notes to JP MORGAN CHASE & CO is not what the process is about. That's not what the law says, yet JP MORGAN CHASE & CO put me at a figurative gunpoint wanting to me to follow the process that is not the lawful way of doing things.

In fact, every time I'm making payments to JP MORGAN CHASE & CO using Federal Reserve Notes, by these legal definitions, I am failing the performance of the agreement.

Every single time I use my credit card, I am producing a promise to pay.

With a credit card, an EMV chip, which has the users digital signature, suffices for producing a promissory note per the law and per the cardmember agreement.

There are three things that that promissory note has to have in order to be considered a promissory note.
1 - It has to be an unconditional promise to pay.

53

2 - It has to be written or digitally written.

3 - It has to be unconditional promise to pay. It can't be conditional.

So every time one uses their credit card, there's an unconditional promise to pay associated with that transaction.

## SECURITIES

When you are using your credit card, you are actually manufacturing a security or securities.

When its a credit card transaction, the definition of the word "receipt" is proof that currency has been manufactured, or proof that securities have been manufactured. In short, The receipt is proof that you have manufactured a security.

When you pay with Federal Reserve notes, it's different because you're giving them a promissory note or a security that already existed. You're not manufacturing it out of thin air in that moment. Therefore, a Federal Reserve note is more like paying with a check. They are extremely similar in this regard.

As stated above, when a check is payable to the bearer, thats essential a Federal Reserve Note.

In credit transaction, you're manufacturing these securities out of thin air live, right there. You're bringing currency into the world that didn't exist prior to the point.

## PERFORMANCE

The first part of performance is the holder of said currency deciding if they want to pay with a Federal Reserve Note.

### § 3-603. TENDER OF PAYMENT.

*Primary tabs*

*(a) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.*

*(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

54

**EXHIBIT 9**

*(c) If tender of payment of an amount due on an instrument is made to
a person entitled to enforce the instrument, the obligation of the obligor
to pay interest after the due date on the amount tendered is discharged.
If presentment is required with respect to an instrument and the obligor is
able and ready to pay on the due date at every place of payment stated in
the instrument, the obligor is deemed to have made tender of payment on
the due date to the person entitled to enforce the instrument.*

In summary, Tender of payment is an unconditional offer that has to do with performing some sort of agreement or obligation.

In section B of the above law, if someone offers to perform on some sort of obligation or contract, and that performance is refused, then however much is the promissory note or security that was offered and not accepted, that amount would be discharged to the extent of the amount of the tender. So if the holder offered $4500, and $4500 was refused, then $4500 could be discharged, by law, from that account.

In addition, if the amount owed was $4500, but you offered $9000, then the account would go into (minus) - $4500.

Also according to the law, all promissory notes are equal to all promissory notes. So Federal Reserve notes are of equal value to the notes / promissory notes / securities that the holder creates.

Therefore, whenever one uses their credit card and signs the receipt, thats the note that was just produced that has the same value in law as Federal Reserve notes.

When one is making such a transaction, what is occurring is that the bank is digitally exchanging your brand of promissory notes / securities that you have created, with Federal Reserve Notes. Then the positive value of these Federal Reserve Notes is credited to your account all digitally and simultaneously.

If you look through a lot of your receipts, you'll see all these strings of numbers and letters. Those are all the different exchanges and swaps that are occurring, using that promissory note that was created.

In your statement at the end of the month, what you're going to see is a series of security deposits. And that's why the bill or bill of exchange that you're receiving at the end of the month is actually a positive value.

55

## WHAT IS MONEY?

People think that Federal Reserve notes are money, and this is not true.

The US Constitution is very clear about what money is supposed to be.

> *In Article 1, Section 10 of the US Constitution, it states:*
> Money: No State Shall… make any Thing but gold and silver Coin a Tender in Payment of Debts.
>
> Blacks Law 4th Edition definition of money
> In usual and ordinary acceptation it means gold, silver, or paper money used as circulating medium of exchange, And does not embrace notes, bonds, evidences of debt, or other persona or real estate.

The US Constitution is very clear that gold and silver coins are the definition of the word money. In Black's Law Dictionary, the same is stated, with the exception of paper money that is directly and exactly connected with gold and silver coins in order to be considered money, which we know, is not the case with Federal Reserve Notes.

## CURRENCY

The definition of currency is whatever you name it.

For example, video games have currency, you earn digital coins, which can then be used to buy products or services via the video game company.

Bottle caps can be used as currency. Anything can be used as currency, as long as its something that circulating and gives one the ability to exchange.

When one is manufacturing currency, which occurs when one uses their credit card, then the bank is exchanging that currency for Federal Reserve notes and then depositing Federal Reserve notes into your account.

And for the avoidance of doubt, the word Federal Reserve Note, the word Securities, and the words Instrument, all mean the same thing. It's an overly complicated system that seems to be geared toward confusing the layman.

By these definitions, whenever you deposit Federal Reserve notes into your bank account, now you can write a check or order to transfer X amount of notes from that account to another account.



**EXHIBIT 9**

Another word for Check is "Draft" in the legal and banking worlds. Based upon these laws stated above and below, now you can write a draft or a check based off of the positive value of all of the securities that you have deposited in your credit card account. You're going to treat the credit card account like it is a bank account with positive balance from deposited securities.

Doing anything else, per these laws, is actually failing to perform the contract.

Due to this process, all the payments I have sent thus far were Overpayments, not used for the purpose it was intended for, and therefore all Federal Reserve Notes that I have submitted to JP MORGAN CHASE & CO Must be returned immediately as a part of this suit. That total amount, quantified by the statements attached as **EXHIBIT 6**, will be submitted in the very near future in an amended case filing.

FEDERAL RESERVE ACT OF 1913

In the section below under Federal Reserve Act of 1913, I have included a simplification of the laws and policies at hand in **BOLD**. All regular case writing below is the actual language within the Federal Reserve Act of 1913.

*The Federal Reserve Act of 1913, Section 16 lays out "Note Issues"*

*2. Application for notes by Federal Reserve banks*

*Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require.* ***(any bank can request an exchange for federal reserve notes)*** *Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application* ***(any application for federal reserve notes, as long as that*** *application* ***is given with some kind of collateral security, like a Vem Miller note, a promise that I created, I can exchange that note, always approved,*** *as long* ***as there is some sort of note or draft bill of exchange that is being offered with the exchange. There is no denial. It's always accepted).*** *The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 10A, 10B, 13, or 13A of this Act, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of section 14 of this Act, or bankers' acceptances purchased under the provisions of said section 14, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under section 14 of this Act or any other asset of a Federal reserve bank. In no event shall such collateral security be*

*less than the amount of Federal Reserve notes applied for. The Federal Reserve agent
shall each day notify the Board of Governors of the Federal Reserve System of all issues
and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which
he is accredited. The said Board of Governors of the Federal Reserve System may at any
time call upon a Federal Reserve bank for additional security to protect the Federal
Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes
which are held in the vaults of, or are otherwise held by or on behalf of, Federal Reserve
banks.*

*[12 USC 412. As amended by the acts of Sept. 7, 1916 (39 Stat. 754); June 21, 1917 (40
Stat. 236); Feb. 27, 1932 (47 Stat. 57); Feb. 3, 1933 (47 Stat. 794); Jan. 30, 1934 (48
Stat. 338); March 6, 1934 (48 Stat. 991); June 30, 1941 (55 Stat. 395); May 25, 1943 (57
Stat. 85); June 12, 1945 (59 Stat. 237); June 19, 1968 (82 Stat. 189); Nov. 10, 1978 (92
Stat. 3672); March 31, 1980 (94 Stat. 140); Dec. 6, 1999 (113 Stat. 1638); and Oct. 28,
2003 (117 Stat. 1193).]*

*As stated above, there is no such thing as denial when one is exchanging negotiable instruments /
securities / currency for Federal Reserve Notes. It's always accepted.*

## ENDORSEMENT (Aka INDORSEMENT)

The original term from the Bill of Exchange Act is indorsement with an i.

> *In Black's Law Dictionary, it says
> here the act of payee draw year combination endorser or holder of a bill note check or
> other negotiable instrument in writing his name upon the back of the same with or
> without further or qualifying words whereby the property in the same is assigned and
> transferred to another.*

In short, it's a transfer order.

There's a variety of different types of endorsement. There's an accommodation endorsement,
blank endorsement, a conditional endorsement, a full endorsement.

The most common endorsement that nearly everyone walking this planet is doing all the time, is
a Blank Endorsement or Indorsement.

> *Blacks Law Dictionary 4th edition, definition of:
> Blank indorsement*

58

**EXHIBIT 9**

*One made by the mere writing of the indorser's name on the back of the note or bill,
without mention of the name of any person in whose favor the indorsement is made, but
with the implied understanding that any lawful holder may fill in his own name above the
endorsement if he so chooses.*

A Blank Endorsement is essentially a blank check. When you endorse, you're essentially saying
that you are releasing that currency / security, in a way where its just Cash.

Anyone who wants to grab this Blank Endorsement and put their name on it, can deposit it.
When one is doing this, you're basically donating or releasing that instrument Unconditionally.

The bank then takes that instrument instantaneously, and does a different type of endorsement in
order to become the Holder, or Holder in Due Course, of that security / currency. In this process,
a promissory note is turned into a check, and it is done with the term "Without Recourse".

## WITHOUT RECOURSE

*Without recourse (Definition)*
*A phrase meaning that one party has no legal claim against another party. It is often used
in two contexts: 1. In litigation, something without recourse against another party cannot
sue that party, or at least cannot obtain adequate relief even if a lawsuit moves forward.*

Without recourse means that one party has no legal claim against another party. So the bank is
seizing the negotiable instrument / security / currency, is then giving themselves legal immunity.

Once the bank is in control of the negotiable instrument, they then exchange it for Federal
Reserve Notes. In this process, it's being completely transferred into an entirely different type of
security. That's what without recourse means.

Next, the Federal Reserve is going to send them a check for the full value of this promissory
note. And on that check, where the Federal Reserve takes full control of the security, it's going to
say "pay to the order of" and it's going to say the banks name there, and this is done via full
endorsement. A full endorsement is one by which the endorser orders the money to be paid to
some particular person by name.

When you endorse the instrument, you never said who it's supposed to be paid to. You signed it
as a blank endorsement, which essentially is a donation, which follows none of the laws stated
above.

## SUMMARY

59

**EXHIBIT 9**

Based upon all of the US Codes, Statures and legal Definitions, it is abundantly clear that JP MORGAN CHASE & CO has been committing fraud against i, and i have been donating Federal Reserve Notes, Securities and Currency to them via a Blank Endorsement, without knowing that it was a donation. This is clearly fraud.

Therefore, all assumptions that all my previous documentation is under a blank endorsement is hereby fraudulent.

## FURTHER US CODES, LAWS, AND STATUTES IN SUPPORT OF MY POSITION

### § 3-104. NEGOTIABLE INSTRUMENT.

(a) Except as provided in subsections (c) and (d), "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:

(1) is payable to bearer or to order at the time it is issued or first comes into possession of a holder;

(2) is payable on demand or at a definite time; and

(3) does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain

(i) an undertaking or power to give, maintain, or protect collateral to secure payment,                                                                (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or                                                      (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor.

(b) "Instrument" means a negotiable instrument.

(c) An order that meets all of the requirements of subsection (a), except paragraph (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check.

(d) A promise or order other than a check is not an instrument if, at the time it



*is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this Article.*

*(e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either.*

*(f) "Check" means*

*(i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order."*

*(g) "Cashier's check" means a draft with respect to which the drawer and drawee are the same bank or branches of the same bank.(h) "Teller's check" means a draft drawn by a bank (i) on another bank, or (ii) payable at or through a bank.*

*(i) "Traveler's check" means an instrument that (i) is payable on demand, (ii) is drawn on or payable at or through a bank, (iii) is designated by the term "traveler's check" or by a substantially similar term, and (iv) requires, as a condition to payment, a countersignature by a person whose specimen signature appears on the instrument.(j) "Certificate of deposit" means an instrument containing an acknowledgment by a bank that a sum of money has been received by the bank and a promise by the bank to repay the sum of money. A certificate of deposit is a note of the bank.*

**Securities - In Black's Law Dictionary**, Securities are defined as "A negotiable or non-negotiable investment or financing instrument that can be sold and bought on the financial market. Bonds, stocks, debentures notes and options are included."

Therefore, by definition, a security is a negotiable instrument.

**Promissory Note** - Definition in Black's Law Dictionary "An unconditional promise to

61

pay a certain amount of money to a named party or the holder of the note, or to deposit
that money as such persons direct. A promissory note must be in writing and signed by
the maker of the promise."

**Promissory notes** are a common type of financial instrument in loan transactions. As the
payer of such a note, it's important to know that, unless a note expressly stipulates that it
is not negotiable, promissory notes are negotiable instruments that can be transferred
or assigned by the original payee to a third party.

*2021 California Code*

*Commercial Code - COM*

*DIVISION 3 - NEGOTIABLE INSTRUMENTS*

*CHAPTER 6 - Discharge and Payment*

*Section 3603.*

*Universal Citation: CA Com Code § 3603 (2021)*

*(a) If tender of payment of an obligation to pay an instrument is made to a person
entitled to enforce the instrument, the effect of tender is governed by principles of law
applicable to tender of payment under a simple contract.*

*(b) If tender of payment of an obligation to pay an instrument is made to a person
entitled to enforce the instrument and the tender is refused, there is discharge, to the
extent of the amount of the tender, of the obligation of an indorser or accommodation
party having a right of recourse with respect to the obligation to which the tender relates.*

*(c) If tender of payment of an amount due on an instrument is made to a person entitled
to enforce the instrument, the obligation of the obligor to pay interest after the due date
on the amount tendered is discharged. If presentment is required with respect to an
instrument and the obligor is able and ready to pay on the due date at every place of*



*payment stated in the instrument, the obligor is deemed to have made tender of
payment on the due date to the person entitled to enforce the instrument.*

*U.S.C. 13-1348
Whoever knowingly executes, or attempt to execute, a she or artifice—
(1) to defraud any person in connection with any commodity for future delivery, or any
option on a commodity for future delivery, or any security of an issuer with a class of
securities registered under section 12 of the Securities Exchange Act of 1934 (15 U.S.C
78l) or that is required to file reports under section 15(d) of the securities Exchange Act
of 1934 (15 U.S.C. 78o(d) or*

*(2) to obtain, by means of false or fraudulent pretenses, representations, or promises,
any money or property in connection with the purchase of any commodity for future
delivery, or any option on a commodity for future delivery, or any security of an issuer
with a class of securities registered under section 12 of the Securities Exchange Act of
1934 (15 U.S.C. 78i) or that is required to file reports under section 15(d) of the
Securities Exchange Act of 1934 (15 U.S.C. 78o(d));*

*Shall be fined under this title, and imprisoned not more than 30 years.*

**18 U.S. Code § 661** - *Within special maritime and territorial jurisdiction
Whoever, within the special maritime and territorial jurisdiction of the United States,
takes and carries away, with intent to steal or purloin, any personal property of another
shall be punished as follows:*

*If the property taken is of a value exceeding $1,000, or is taken from the person of
another, by a fine under this title, or imprisonment for not more than five years, or both;
in all other cases, by a fine under this title or by imprisonment not more than one year,
or both.*

*If the property stolen consists of any evidence of debt, or other written instrument, the
amount of money due thereon, or secured to be paid thereby and remaining unsatisfied,
or which in any contingency might be collected thereon, or the value of the property the
title to which is shown thereby, or the sum which might be recovered in the absence
thereof, shall be the value of the property stolen.*

**18 U.S. Code § 662** - *Receiving stolen property within special maritime and territorial
jurisdiction*



**EXHIBIT 9**                                                                    17 of 25

*Whoever, within the special maritime and territorial jurisdiction of the United States,*
*buys, receives, or conceals any money, goods, bank notes, or other thing which may be*
*the subject of larceny, which has been feloniously taken, stolen, or embezzled, from any*
*other person, knowing the same to have been so taken, stolen, or embezzled, shall be*
*fined under this title or imprisoned not more than three years, or both; but if the amount*
*or value of thing so taken, stolen or embezzled does not exceed $1,000, he shall be*
*fined under this title or imprisoned not more than one year, or both.*

**18 U.S. Code § 2314** - *Transportation of stolen goods, securities, moneys, fraudulent*
*State tax stamps, or articles used in counterfeiting*
*Whoever transports, transmits, or transfers in interstate or foreign commerce any goods,*
*wares, merchandise, securities or money, of the value of $5,000 or more, knowing the*
*same to have been stolen, converted or taken by fraud; or*
*Whoever, having devised or intending to devise any scheme or artifice to defraud, or for*
*obtaining money or property by means of false or fraudulent pretenses, representations,*
*or promises, transports or causes to be transported, or induces any person or persons to*
*travel in, or to be transported in interstate or foreign commerce in the execution or*
*concealment of a scheme or artifice to defraud that person or those persons of money or*
*property having a value of $5,000 or more; or*
*Whoever, with unlawful or fraudulent intent, transports in interstate or foreign commerce*
*any falsely made, forged, altered, or counterfeited securities or tax stamps, knowing the*
*same to have been falsely made, forged, altered, or counterfeited; or*
*Whoever, with unlawful or fraudulent intent, transports in interstate or foreign commerce*
*any traveler's check bearing a forged countersignature; or*
*Whoever, with unlawful or fraudulent intent, transports in interstate or foreign commerce,*
*any tool, implement, or thing used or fitted to be used in falsely making, forging, altering,*
*or counterfeiting any security or tax stamps, or any part thereof; or*

*Whoever transports, transmits, or transfers in interstate or foreign commerce any veterans' memorial object, knowing the same to have been stolen, converted or taken by fraud—*

*Shall be fined under this title or imprisoned not more than ten years, or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this section is greater. If the offense involves the transportation, transmission, or transfer in interstate or foreign commerce of veterans' memorial objects with a value, in the aggregate, of less than $1,000, the defendant shall be fined under this title or imprisoned not more than one year, or both.*

*This section shall not apply to any falsely made, forged, altered, counterfeited or spurious representation of an obligation or other security of the United States, or of an obligation, bond, certificate, security, treasury note, bill, promise to pay or bank note issued by any foreign government. This section also shall not apply to any falsely made, forged, altered, counterfeited, or spurious representation of any bank note or bill issued by a bank or corporation of any foreign country which is intended by the laws or usage of such country to circulate as money.*

**15 U.S. Code § 1** - *Trusts, etc., in restraint of trade illegal; penalty*

*Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.*



*18 U.S. Code § 880 - Receiving the proceeds of extortion*
*A person who receives, possesses, conceals, or disposes of any money or other*
*property which was obtained from the commission of any offense under this chapter that*
*is punishable by imprisonment for more than 1 year, knowing the same to have been*
*unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or*
*both.*

*18 U.S. Code § 872 - Extortion by officers or employees of the United States*
*Whoever, being an officer, or employee of the United States or any department or*
*agency thereof, or representing himself to be or assuming to act as such, under color or*
*pretense of office or employment commits or attempts an act of extortion, shall be fined*
*under this title or imprisoned not more than three years, or both; but if the amount so*
*extorted or demanded does not exceed $1,000, he shall be fined under this title or*
*imprisoned not more than one year, or both.*

*18 U.S. Code § 657 - Lending, credit and insurance institutions*
*Whoever, being an officer, agent or employee of or connected in any capacity with*
*the Federal Deposit Insurance Corporation, National Credit Union Administration, any*
*Federal home loan bank, the Federal Housing Finance Agency, Farm Credit*
*Administration, Department of Housing and Urban Development, Federal Crop*
*Insurance Corporation, the Secretary of Agriculture acting through the Farmers Home*
*Administration or successor agency, the Rural Development Administration or successor*
*agency, or the Farm Credit System Insurance Corporation, a Farm Credit Bank, a bank*
*for cooperatives or any lending, mortgage, insurance, credit or savings and loan*
*corporation or association authorized or acting under the laws of the United States or*
*any institution, other than an insured bank (as defined in section 656), the accounts of*
*which are insured by the Federal Deposit Insurance Corporation, or by the National*
*Credit Union Administration Board or any small business investment company, or any*
*community development financial institution receiving financial assistance under the*

*Riegle Community Development and Regulatory Improvement Act of 1994, and whoever, being a receiver of any such institution, or agent or employee of the receiver, embezzles, abstracts, purloins or willfully misapplies any moneys, funds, credits, securities or other things of value belonging to such institution, or pledged or otherwise intrusted to its care, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both; but if the amount or value embezzled, abstracted, purloined or misapplied does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.*

## FRAUD

### *18 U.S. Code § 1341 - Frauds and swindles*

*Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.*

Clearly, this matter falls within the legal definition of Fraud.



**EXHIBIT 9**

# HARASSMENT

*15 U.S. Code § 1692d - Harassment or abuse*

*A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:*

*(1)The use or threat of use of violence or other criminal means to harm the physical person, reputation, or <u>property</u> of any person.*

*(2)The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.*

*A conviction under felony charges can lead up to 16 months, two or three years in California state prison, and/or a fine of up to $10,000.*

As stated above, i was harassed by JP MORGAN CHASE & CO for years, where i made unnecessary OVERPAYMENTS. All those Overpayments, due to fraud, must be returned immediately.

# INVOLUNTARY SERVITUDE

<u>22 USC § 7102(8)</u>

*(8) Involuntary servitude The term "involuntary servitude" includes a condition of servitude induced by means of— <u>(A) any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such condition, that person or another person would suffer serious harm or physical restraint;</u> or (B) <u>the abuse or threatened abuse of the legal process.</u>*



The documents from JP MORGAN CHASE & CO stated that if I did not continue to make (over) payments, then my credit would be damaged, my card would be taken, and I might face legal action. These actions by JP MORGAN CHASE & CO clearly fall under the definition of "involuntary servitude."

## PEONAGE

*42 U.S. Code § 1994 - Peonage abolished*

*The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in any Territory or State of the United States; and all acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void.*

*Peonage is forcing someone to pay off a debt through work or services.*
*Punishment can include any term of years up to life in prison. Those who obstruct or attempt to obstruct enforcement of this law face the same penalties as the principal offender.*

This matter, as describe by the law above, is clearly Peonage. i was made to pay a "debt", which was indeed not a debt, while threatened with "legal" consequences, damaging my credit, and taking away my credit card, if if i did not continue to make overpayments.

## PURLOINING

To Purloin is to To steal; to commit larceny or theft.



What is the difference between purloin and steal? "Purloining" may imply a more calculated or secretive act of taking something, whereas "stealing" can be used in a broader range of contexts and may not carry the same connotations of stealth or deception. Steal - take away someone else's belongings wrongfully.

What JP MORGAN CHASE & CO did clearly falls within the definition of Purloining. They committed fraud in order to steal money from i.

## OBTAINING PROPERTY BY FALSE PRETENSES

*Under California Penal Code §532, anyone who provides false statements, withholds important information, or makes promises they don't intend to keep to another person in order to obtain property is guilty of theft by false pretense. This can happen in many* different ways but each crime has the same parts.

## USE OF TRADE NAME PROTECTED MATERIAL UNDER THREAT, DURESS, AND / OR COERCION

Trademark infringement is defined as the unauthorized use of a trademark or service mark. This use can be in connection with goods or services and may lead to confusion, deception, or a misunderstanding about the actual company a product or service came from.

## TRESPASS BY CORPORATION(S) AND OTHER FICTIONAL ENTITIES AS WELL AS ALL OTHER WHO DESIRE TO CONTRACT

### *9.35.010 Trespassing upon Business Premises Prohibited.*

*A.     No person, without permission, express or implied, of the owner, the owner's agent, or the person in lawful possession of business premises, shall enter upon such business premises after having been notified by the owner, the owner's agent, or the person in lawful possession thereof, to keep off or keep away therefrom, subject to the exceptions stated in this section.*

*B.     No person shall remain upon any business premises after being notified by the owner, the owner's agent, or the person in lawful possession thereof to remove therefrom, subject to the exceptions stated in this section. Such revocation or withdrawal of permission to enter or to remain on business premises shall be in effect for a period of 24 hours after the owner, the owner's agent, or the person in lawful possession has given notice to remove therefrom.*

70

*C.   Notice. This section shall not be operative unless the owner, the owner's agent, or the person in lawful possession of the business premises gives adequate notice to the person who is directed to leave. Such notice shall be given both verbally and in writing. The content of the notice shall be substantially as follows:*

*"I am the person in lawful possession (or agent thereof) of these premises. I demand that you leave these premises immediately and that you do not return for at least 24 hours. If you do not leave immediately or if you leave and return within 24 hours you will be trespassing, which is a violation of Section 9.35.010 of the Orange Municipal Code. You will be subject to arrest and prosecution."*

*The written notice shall be typewritten on white paper which shall be at least 8-1/2" by 5-1/2" in size. The written notice shall be delivered to the person to whom the demand to leave is made.*

*D.   Exceptions. This section shall not apply when the person accused of violation of this section establishes that any of the following circumstances apply to his or her conduct:*

*1.   Where its application results in or is coupled with an act prohibited by the Unruh Civil Rights Act or any other provision of law relating to prohibiting discrimination against any person on account of sex, color, race, religion, creed, ancestry or national origin.*

*2.   Where its application results in or is coupled with an act prohibited by Section 365 of the California Penal Code or any other provision of law relating to duties of innkeepers     and common carriers.*

*3.   Where its application would result in an interference with or inhibition of peaceful labor picketing or other lawful labor activities.*

*4.   Where its application would result in an interference with or inhibition of any other exercise of a constitutionally protected right of freedom of speech such as, but not limited to, peaceful expressions of political or religious opinions, not involving offensive personal conduct.*

*5.   Where the person who is on the business premises is there under claim or color of legal right. This exception is applicable, but not limited to, the following types of situations involving disputes wherein the participants have available to them practical and     effective civil remedies: disputes regarding title to or rights in real property; landlord-     tenant disputes; employer-employee disputes; business-type disputes such as those     between partners; debtor-creditor disputes; and*

71

**EXHIBIT 9**

*instances wherein the person claims rights    to be present pursuant to order, decree or process of a court.*

*D.    Business Premises. The term "business premises" as used in this section shall refer to those portions of private property which are open to the general public for the benefit of the commercial or professional activities conducted thereon; excluding therefrom any property the use of which is primarily for single-family or multiple-family residential purposes or apartments, hotels, motels, and similar uses.*

*E.    Enforcement. Enforcement of this section may be accomplished by: (1) the owner, the owner's agent, or the person in lawful possession of the business premises, under the provisions of California Penal Code Section 847 (arrest by private person); or (2) by a peace officer at the scene in accordance with policies and procedures of the Orange Police Department or in such other manner as the Chief of Police may direct. (Ord. 42-84)*

# EXHIBIT 10

QUANTIFICATION AND EVIDENCE OF ALL OVERPAYMENTS COMING SOON IN AN
AMENDED CASE FILING